496

433 A.2d 112

Commonwealth v. Seals, Appellant.

Submitted September 11, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 112

Commonwealth v. Turney, Appellant.

Submitted December 2, 1980. Edward S. Lawhorne, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.